**No. 43928.**—Protest 958844–G of McCormick & Co., Inc. (New York).

Opinion by EVANS, J. It was stipulated that the merchandise consists of thyme leaves similar to those the subject of *Seeck* v. *United States* (T. D. 47383). The claim for free entry under paragraph 1669 was therefore sustained.